IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-HC-2033-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| FRANKLYN NELSON, | ) | |
| Respondent. | ) | |

By Order dated April 15, 2014, respondent was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246. On July 13, 2015, the government filed a motion to dismiss respondent from such commitment as a result of the respondent's release to the State of Maine pursuant to a detainer for a state criminal sentence.

Accordingly, IT IS HEREBY ORDERED, that Respondent's civil commitment pursuant to 18 U.S.C. § 4248 be dismissed without prejudice, and that this case be closed.

This 14th July 2015.

LOUISE W. FLANAGAN
United States District Judge